UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESUS MATA, individually and on
behalf of similarly situated persons,

                Plaintiff,                Case No. 19-11662

v.                                    Honorable Nancy G. Edmunds

STA MANAGEMENT, LLC
d/b/a "Domino's Pizza" and
AMER ASMAR, *et al.*,

                Defendants.
_____/

## JUDGMENT

This is an "opt in" collective action filed under the Fair Labor Standards Act ("FLSA") in which Plaintiff Jesus Mata alleges that Defendants failed to pay their delivery drivers minimum wage. In an opinion and order entered this date, the Court granted Plaintiff's unopposed motion for approval of FLSA collective action settlement and for attorneys' fees and costs.

Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE.

SO ORDERED.

                                            s/Nancy G. Edmunds
                                            Nancy G. Edmunds
                                            United States District Judge

Dated: October 14, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 14, 2022, by electronic and/or ordinary mail.

                                            s/Lisa Bartlett
                                            Case Manager